IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STACY LASHUN HARRISON, #221 426, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12-cv-778-WHA |
| | ) | |
| THE STATE OF ALABAMA, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #28), entered on August 31, 2015, and Petitioner's Objection (Doc. #30), filed on September 9, 2015.

After conducting an independent evaluation and *de novo* review of the file in this case, the court finds the objection to be without merit. The court agrees with the Magistrate Judge's calculation of time and his conclusion, explained in the Recommendation, that the Petitioner's application for habeas relief was not timely filed. Accordingly, it is hereby

ORDERED that this Petitioner's objection is OVERRULED, the Recommendation of the Magistrate Judge is ADOPTED, this petition for habeas corpus relief is DENIED, and the case is DISMISSED with prejudice.

DONE this 15th day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE